**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Alfredo ZHUNO-LIVICURA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| **v.** | : | **NO. 26-cv-07255** |
| **WARDEN J.L. JAMISON, et al.,** | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this 28th day of September 2026, upon consideration of Petitioner Alfredo Zhuno-Livicura's Petition for Writ of Habeas Corpus (ECF No. 1), and Respondents' Response thereto (ECF No. 4), the Court finds that if Petitioner was to remain detained at the Federal Detention Center in Philadelphia, Petitioner would not be able to attend future immigration hearings, including a bond hearing set for October 5, 2026. For these reasons, to ensure that Petitioner has full access to the administrative remedies available to him during the pendency of these habeas proceedings, and based upon the stated policy of the United States Attorney's Office for the Eastern District of Pennsylvania not to contest the existence of the Court's jurisdiction based on Petitioner's movement beyond the Eastern District of Pennsylvania during the pendency of the habeas proceedings in this Court, it is **HEREBY ORDERED** that:

1. This Court's September 21, 2026 Order (ECF No. 2) is **AMENDED,** to the extent that it prohibited Respondents from transferring Petitioner outside the Eastern District of Pennsylvania, to authorize Respondents to transfer Petitioner to an appropriate facility within the Commonwealth of Pennsylvania that can facilitate future administrative hearings, including a bond hearing pursuant to 8 U.S.C. § 1226(a), in parallel with the instant habeas matter; and it is

2. **FURTHER ORDERED** that the Court shall retain jurisdiction pending resolution of this matter.

/s/ Antonio M. Pozos_____
**ANTONIO M. POZOS, J.**