**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALFREDO ZHUNO-LIVICURA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| **v.** | : | **NO. 26-cv-07255** |
| **WARDEN J.L. JAMISON, et al.,** | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW**, this 30th day of September 2026, upon consideration of Petitioner Alfredo Zhuno-Livicura's Petition for Writ of Habeas Corpus (ECF No. 1), and Respondents' Response thereto (ECF No. 4), it is hereby **ORDERED** that:

1. The Petition is **DENIED**, subject to the undertaking of Respondents that Petitioner shall receive the bond hearing contemplated by 8 U.S.C. § 1226(a) and its implementing regulations;

2. Petitioner may be transferred to an appropriate facility that can facilitate future immigration hearings and to ensure that Petitioner has full access to and may pursue his available administrative remedies; and

3. The Clerk of Court shall **CLOSE** the case.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**